FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2021

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** ARTURO TEJEDA-GOMEZ    **CASE NO** 4:21-MJ-07015-MKD-1

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 USC §§ 841(a), (b)(1)(B)(vi) & 846 | Conspiracy to Distribute 40 grams or more of Fentanyl | Mandatory minimum 5 years, maximum 40 years, $5,000,000 fine, at least 4 years SR, $100 special assessment. |