Douglas E. McKinley
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Attorney for Arturo Tejeda-Gomez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARTURO TEJEDA-GOMEZ,<br><br>　　　　Defendant | Case No.: 4:21-MJ-07015-MKD<br><br>NOTICE OF APPEARANCE |

　　　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Arturo Tejeda-Gomez.

　　　　Dated this 17th day of January 2021.

　　　　　　　　　　　　　　　　　　/s Douglas E. McKinley
　　　　　　　　　　　　　　　　　　Douglas E. McKinley, WSBA #20806
　　　　　　　　　　　　　　　　　　8350 W Grandridge Boulevard
　　　　　　　　　　　　　　　　　　Suite 200-431
　　　　　　　　　　　　　　　　　　Kennewick, Washington 99336
　　　　　　　　　　　　　　　　　　(509) 628-0809 phone
　　　　　　　　　　　　　　　　　　(509) 392-8083 fax
　　　　　　　　　　　　　　　　　　Email: doug@mckinleylaw.com

NOTICE OF APPEARANCE - 1

SERVICE CERTIFICATE

I certify that on January 17, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney: Benjamin Seal.

/s Douglas E. McKinley
Douglas E. McKinley, WSBA #20806
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Email: doug@mckinleylaw.com

NOTICE OF APPEARANCE - 2