1
2
3
4
## UNITED STATES DISTRICT COURT
5
### EASTERN DISTRICT OF WASHINGTON
6

7 | UNITED STATES OF AMERICA,

No. 4:21-MJ-07015-MKD

8 |       Plaintiff,

9 | vs.

ACKNOWLEDGMENT OF NOTICE
OF RIGHTS - CRIMINAL
COMPLAINT

10 | ARTURO TEJEDA-GOMEZ

11 |       Defendant.

12

13    The undersigned defendant does hereby acknowledge: I appeared on this date
and was advised as follows:
14

15
16    1. Of the charge or charges placed against me, and I acknowledge receipt of
      a copy of the Criminal Complaint;

17
18    2. Of the maximum penalty provided by law;

19    3. My right to remain silent at all times and if I make a statement it can be
      used against me;
20

21    4. My right to retain my own counsel; and if I am without funds, to have
      counsel appointed to represent me in this matter;
22

23    5. My right to a jury trial before a United States District Judge. I am
      entitled to be confronted by the United States' witnesses and to have
24    witnesses attend on my behalf;
25

26    6. My right to a bail hearing, if I am in custody;

27
28    7. My right to have a preliminary hearing;

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 1

8. My right, if I am not a United States citizen, to request a Government attorney or law enforcement official notify my country's consulate of my arrest or detention.

Date: **January 17, 2021**

_____
Interpreter Signature

_____
Interpreter Printed Name

_____
Defendant Signature

**ARTURO TEJEDA-GOMEZ**
_____
Defendant Printed Name

ACKNOWLEDGMENT OF NOTICE OF RIGHTS - Page 2