Douglas E. McKinley
8350 W Grandridge Boulevard
Suite 200-431
Kennewick, Washington 99336
(509) 628-0809 phone
(509) 392-8083 fax
Attorney for Arturo Tejeda-Gomez

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ARTURO TEJEDA-GOMEZ,<br><br>  Defendant | Case No.: 4:21-MJ-07015-MKD<br><br>DECLARATION OF DOUGLAS MCKINLEY |

DECLARATION

I am counsel for Arturo Tejeda-Gomez. The attached letters are true and correct copies of letters written by individuals familiar with Mr. Tejeda-Gomez.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated this 21st day of January 2021.

/s Douglas E. McKinley
Douglas E. McKinley, WSBA #20806
Attorney for Defendant

DECLARATION OF DOUGLAS MCKINLEY- 1