# Yolanda Mendoza
1004 N 25th PL Pasco WA 99301 – 509-851-7743 – Yomendoza98@gmail.com

January 20th, 2021

To whom it may concern,

    A couple years ago Arturo and his wife Joanne Tejeda offered my daughter and me a place to call home when we had nowhere else to go. Arturo is a father, brother, son, husband, uncle, friend and most importantly a genuine person. Life always has obstacles and if there was ever anyone in need of a helping hand he was there to help you up. The amount of love my family has for him and his family is endless. They did not have to open up their doors for us and provide food and shelter but they did. That goes to show how much of a kind hearted person he is. His daughter and son graduated high school and were in sports doing the best in everything. He has supported them in all that they do and encouraged them to be better and stay dedicated to their education. He is a hardworking man who is honest and I admire him for being the role model that I wish I had in my life as a father. I appreciate you taking the time to read my letter.

Thank you.  Have great day!

Yolanda Mendoza

January 20,2021

Lauren Adams
6119 Wrigley Drive
Pasco, WA 99301

To Whom it may concern:

Arturo Tejeda has been my neighbor for several years, and I am proud to call him friend.

The whole family is kind and caring of our neighbors and especially to me.

In the winter, he and his son remove the snow and ice from my driveway every single year.

Whenever I have been uncomfortable going to the store due to icy roads, he always offers to go for me.

On the occasions that I needed help get my car to and back from the dealership, he has always help me get there.

In every way, he and his family are the best neighbors and the kindest people. The entire family is always ready to lend a hand or invite people to their house for a celebration of life events.

I am deeply shocked that this has happened to my friend because he works too hard to have time for other things besides his family, friends, and work.

Sincerely,

Lauren Adams

*Lauren Adams*

Neighbor and friend.

January 20, 2021


Angela L. Zavaleta
32110 S. Finley Rd.
Kennewick, WA. 99337


To whom it may concern:

I am writing to serve as a character witness for Mr. Arturo Tejeda. I have known Arturo for approximately 13 years and cannot say enough about the type of man I have known him to be throughout those years. Arturo has always shown a dedication to his community, friends, and especially his family. He is the type of person most hope to encounter at some point in their lives and is the type of man one hopes their son becomes and their daughter finds as a life partner.

Arturo is a responsible and dependable family man. He is friendly and accommodative and has a calm demeanor that can put any in his presence at ease. I have been fortunate enough to meet his friends and family at various functions and have always felt comfortable and welcome.

Mr. Tejeda has been an amazing friend and has been helpful to me and my family; both in my personal and professional life whenever I have had to call on him. He has lent himself to assist with me with my business and he and his wife have even cooked for my family events and I am eternally grateful for their friendship. The Tejeda family is now my family and I would not hesitate to vouch for them in any way I can.


If you wish to know more or have any questions, please feel free to contact me.

Sincerely,

Angela L. Zavaleta
509-528-3822
Azavaleta27@hotmail.com

Ana Landa

1700 S Huntington St.

Kennewick, WA 99337

January 20, 2021

To whom it may concern:

My name is Ana Landa and I have known Arturo Tejeda since 2010. I met him through my husband Omero Landa who is his cousin, best friend, and work partner where they are both currently employed through Brand Safway for the past 9 years or so.

Over the past years we have built a very strong relationship/friendship with Arturo and his wife Joanne and family since they are our ten-year-old daughters godparents. Both Arturo and Joanne have been there for our daughter and sharing every milestone with us.

Arturo is an honorable and hardworking man and both my husband Omero and I have seen that first hand. He is always willing to help out when asking for favor regardless of working 12+ hour work days. Hes such a hardworking man and never says no to working extra hours or days. Both my husband and him have completed their insulators apprenticeship together and enjoy being an insulator. He is a family man and enjoys spending time with them every chance that he gets and work permits him since his job sometimes can consist of long hours and days.

I hope you take in consideration my letter of recommendation for Arturo Tejeda as you make your decision.

Sincerely,

Ana Landa

January 20, 2021

William L Morgan
4408 Kariba Court
Pasco, WA  99301

RE:  Arturo TeJeda

To Whom it May Concern:

I, William L Morgan, have known Arturo TeJeda for more than ten years. In that time, I have always known him to have a job and to take care of his family.

He loves riding his motorcycle and fishing and is known as a family man. I met him through a mutual friend that owned a body shop who is now deceased.

Arturo is always available when I need help. I know him to be a "stand-up guy" and a good neighbor.

Sincerely,

_William L Morgan_
Signed

_____01/21/21_____
Dated

Lorena Schubert
4402 W 21st Ave
Kennewick, WA 99338
schubertlorena@gmail.com

01/20/2021

RE: Arturo Tejeda

To whom it may concern:

I have known Arturo Tejeda for over 40 years. Not only is he my relative, he is also a good friend. Arturo has always been a hard worker and an amazing father. He is willing to put long hours at work to make sure that his family is taken care of.  You can tell how much his wife and children love and look up to him by how respectful and happy they are when he is around.

He is someone you can always count on when in need. I recall several occasions when my sisters needed a ride or someone to help them fix their car. Arturo has always stopped what he was doing to help them, even when he had other things on his schedule. When attending family gatherings he always makes sure that you feel welcomed and included.  He is pleasant, honest, and trustworthy.

Arturo always puts the needs of his friends and family above his own. Arturo Tejeda is a true, authentic friend.

Sincerely,

Lorena Schubert

Lorena Schubert

January 20, 2021

To whom it may concern,

My name is Blanca Mokler and Arturo Tejeda is my cousin. He is a hard working family man. If anyone ever needs help he is always the first to jump in. He has a very good job that he has been at for a while now. He has amazing integrity and is a very honest man. I consider myself very blessed to have him as my cousin.

Sincerely,

Blanca Mokler

Cendy Castillo

5821 Tyre Dr

Pasco WA 9931

To whom it may concern:

My name is Cendy Castillo and I'm writing this recommendation letter for Arturo Tejeda. Ive known Arturo and his family since 2010.

Arturo is an honorable man and person; he is hard working and always puts his family first. Ive had the honor to spend time with them and have family BBQs and/or family events. Arturo works with my brother Omero Landa as an insulator for Brand Safway. Since Ive known him he has always put his family first and always working to provide for his family. He has no hesitation to work from sun up to sun down to provide for his family. Always willing to help others with no hesitation to be there. Hes someone you can always call no matter the time he is always willing to help.

I hope you take in consideration this recommendation letter that I wrote for Arturo. If you have any questions, I would be happy to answer my number is 509-793-3625.

Sincerely,

Cendy   Castillo

Cendy Castillo

January 20,2021

To whom it may concern,

Arturo Tejeda

I have known Artuto for 8 years as a friend and business associate. I can vouch for him, and say that he has been a person of morals and integrity over all the time we have known each other.

I can further state that Arturo has been immensely dedicated to his family, and work, and a loving person towards friends too.

He has been known to be helpful and charitable, and is a much-loved person by all.

Yours faithfully,

Chad D. Tuck

Juline Tuck
16 Quincy Rd
Burbank, WA 99323
JulineTuck@gmail.com

January 20,2021

To whom it may concern,


I have known Arturo Tejeda for 8 years as a friend. I can vouch for him, and say that he has been a person of morals and integrity over all the time we have known each other. Arturo is a very kind and loving person. He will go out of his way to help anyone in need.

I can further state that Arturo has been immensely dedicated to his family, and work, and a loving person towards friends too.


Yours faithfully,

Juline A. Tuck

January 20, 2021

To whom it may concern, I Ethan Hurt have known Arturo Tejeda for about 3 years from work. During the time we've worked together he's one of the few people I've meet that will do whatever he can to help anyone that needs it. Whether it was asking for advice or you need help inside or outside of work you can bet that Art will be there. All of us at work have met together outside of work and have met each others families. **Art is dedicated and hardworking** to provide for his family. He's always early to work everyday and I can't recall ever hearing him complain about anything. In my personal opinion Arturo Tejeda is an outstanding citizen.

Ethan Hurt

To whom it may concern,

         I Davin Ching have known Arturo Tejeda for a little less than a year while working with Brand Safway. During my time spent with Mr. Tejeda I could tell how prideful and respectable he is by the way spoke and how serious he took his job. As long as I've known Mr. Tejeda he is always the first one to work and the last one to leave, he's always the first one to ask if help is needed or what he can do to be of assistance whether it's at work or at any type of gathering/event. I can personally attest that every encounter I have had with Arturo Tejeda has been nothing short of positive or uplifting. It is in my personal opinion that Arturo Tejeda is an outstanding citizen.

Davin Ching

October, 2021

To Whom it may Concern,

I Daniel Warner have known Arturo Tejeda for about 2 years now through work at BrandSafway. Art is one of the hardest working people I've had the chance to work alongside of. Never misses work unless he's almost on his death bed, and one of the nicest and respectable individual in this company. Art is not only a coworker but a friend as well now, showing me knowledge for work and overall life values to carry myself as a better person. He's the first one in and last one out, can't say Ive ever had a single problem with Art always solving everyones problems and giving you help whenever you need it. I look at Art as a mentor at work and overall a outstanding individual.

Daniel Warner

21 Jan, 2021

To whom it may concern,

I Francisco Climaco Have Known Art Tejeda For Appoximately 3 and a Half years, Since I graduated High School, I met him at work when I Started Scaffold with Brand Safway at the PC4 Plant. Art has never called in Sick ands has always been an amazing worker, Always Strived to be a helping hand. Not only is Art an amazing worker but an amazing Friend. He has taught me alot about life and work, about what it means to be a good person and about what it means to Support your family. Arturo was always First to offer me help, whether it was a ride to work or help moving into a new place. In my personal opinion Arturo Tejeda has contributed a lot to the person I am Today and has only Shown me what it means to be an Outstanding worker, Friend, and Father.

Sincerely,

*[signature]*

20 Jan, 2021

To whom it may concern,

I Nadia James have worked with Arturo Tejeda for a year and a half. Arturo shows up to work early every single day and has not missed a day of work since I have known him. He is always willing to help inside and outside of work with anything we may need. He regularly cooks food for us and did as well when we worked night and swing shift together last october. I personally think Arturo Tejeda is an upstanding citizen.

To whom this may concern,   My name
is Travis Kearney, I am the safety Manager at
PCA where Arturo Tejeda works as a contractor. I
have known Arturo for 10 year's now. He would be
a worker I will say has high character. He is always
working whatever hours are needed, regardless if its
over time or not. Arturo is safety minded, and is
someone who leads by positive behavior and actions.

I have got to know him personally, and would
concider his a family man, and someone I would want
in the work place as well as my community.

BEST Reguards
Travis Kearney

To whom it may concern I Josh Head have known Arturo Tejeda since 2009. He began work for me on my Wallula Jobsite as a labor in the union hall. Arturo continued to work for me since then till present. He has during this time period established an important role for the company. He has worked hard thru his apprenticeship & became a Journeyman insulator. Art plays a vital roll for our onsite insulation team. I have also became good friends with Arturo & his Amazing family. We have had our families meet up & have multiple gatherings over the last 10+ years. It is both my personal & professional opinion that Arturo is a good man with a family he works very hard to provide & care for. If there is any reason please feel free to contact me directy.

Best Regards
Josh Head
Field Superintendant
BrandSafway Services.

To whom it may concern I Omero Landa have known Arturo Tejeda all my life, he has always been a person that has always put other people ahead of himself and has and will always lay a helping hand to any one in need with out ever asking for anything in Return. We have worked together hand in hand for the last 9 yrs and we Joined local 82 Insulators Union and worked hard by helping each other out and we where able to Journey out after hard work too be able to be Journey men Insulator. He is my Daughter's God father and as far as I know Arturo and his wife Joanne are the best friends and family any person could ask-For. Arturo is a very hard working family man and will always help any one in need.

Thank You.

Omero Landa

Insulation Supervisor

Brand Safway

01/20/21

To whom it may concern I Josh Head
the field superintendant for BrandSafway at the Wallula
PCA jobsite if granted probation I fully
intend on employing Arturo Tejeda to
provide for his family for the foreseeable
future until not available due to situations.
He is a vital role on my jobsite for
the insulation division and I need him
back & working as soon as possible.
Feel free to contact me directly anytime.

Thank you for your time
Josh Head
Field superintendent
BrandSafway Services LLC

BRAND〉SAFWAY.

**Josh Head**
Superintendent
P 509 542 1675 | C 509 727 1332
F 509 546 9588
jhead@brandsafway.com

**BrandSafway Services LLC**
1523 E. Hillsboro Avenue
Pasco, WA 99301

1-20-2021

To Whom it may Concern;
    I have known Arturo Tejeda
and his family for many years.
Our children went to school together,
played sports together and they are
all friend. I have became friend
with Arturo and his wife.
    We have ~~spent~~ ~~spent~~ Spent
many years ~~supporting~~. Supporting
each others children in all they
did growing up.
    Arturo Tejeda has always
been there for his children. He
works hard and when he wasn't
working he would ~~support~~ volunteer
with the wrestling team our
children belong to. He would help
with all the wrestling tournaments
at the kids school, cooking tacos,
helping set up or break down, helping
where ever he was needed.
    Arturo and his family are
the kindest people you could ever
meet. Always lending a hand

and being there for them kids.
Thankyou for your time

Sincerly
Kasey Rodriguez