# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

## USA v. ARTURO TEJEDA-GOMEZ    Case No.    4:21-MJ-7015-MKD-1

Richland Video Conference
The Defendant agreed to appear via video conference.

## Detention Hearing:                                              01/21/2021

| | |
|---|---|
| ☒ Sara Gore, Courtroom Deputy [R] | ☒ Benjamin Seal, US Atty (video) |
| ☐ Pam Howard, Courtroom Deputy [Y] | ☒ Douglas McKinley, Defense Atty (video) |
| ☒ Erica Helms, US Probation / Pretrial Services (tele) | ☒ Interpreter - **NOT REQUIRED** |
| ☒ Defendant present ☒ in custody, appearing by video from the BCJ. | ☒ Defendant's wife Joanna Tejeda (tele) |

| | |
|---|---|
| ☒ Defendant continued detained | ☐ Conditions of Release imposed |
| | ☐ AO 199C Advice of Penalties/Sanctions |

## REMARKS

Due to the current COVID-19 public health crisis, all parties including Defendant, are appearing by video or teleconference.

USA proffered the pretrial services report and does concur with its recommendation of continued detention of the Defendant.

USA argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community. USA argues defendant's criminal history and seriousness of the defendant's involvement of the offense.

Defense counsel argued why the Defendant should be released. Defense argues strong family ties, employment, financial resources. Defense argues for conditions of release, with the defendant and his wife willing to put up a property bond.

Defense advises the Court that the defendant's cousin and brother are not a refuge, they are both on the run. The defendant has strong family ties here, in which would ensure his appearance at future hearings.

**The Court ordered:**
1. USA's Motion for Detention is **granted**.
2. That there is no combination of conditions to assure the Defendant's appearance as required or conditions to ensure that Defendant is not a danger to the community.
3. Defendant shall be detained by the U.S. Marshal until further order of the Court.