AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 26, 2021**

SEAN F. McAVOY, CLERK

| United States of America | ) |
| v. | ) |
| | ) Case No. 4:21-MJ-07015-MKD-1 |
| ARTURO TEJEDA-GOMEZ | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ARTURO TEJEDA-GOMEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 40 Grams or more of Fentanyl, in violation of 21 USC §§ 841(a), (b)(1)(B)(vi), & 846.

Date: 01/15/2021

*Issuing officer's signature* — M. K. Dimke

City and state: Yakima, Washington

MARY K. DIMKE, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/15/21, and the person was arrested on *(date)* 1/15/21
at *(city and state)* Richland, WA

Arrested within the E/WA

Date: 1/15/21

By: DEA
(Agent)
Executed on: 1/15/21
Sign: [signature]

*Printed name and title*