AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>Arturo Tejeda<br><br>*Defendant* | )<br>)<br>)   Case No.  4:21-MJ-07015-MKD<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 1/28/2021

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Douglas McKinley, Jr. 20806
*Printed name and bar number of defendant's attorney*

Law Office of Douglas E. McKinley, Jr.
8350 Grandridge Blvd., Suite 200
Kennewick, WA 99336
*Address of defendant's attorney*

doug@mckinleylaw.com
*E-mail address of defendant's attorney*

(509) 628-0809
*Telephone number of defendant's attorney*

(509) 392-8083
*FAX number of defendant's attorney*